**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
**www.flmb.uscourts.gov**

In re:

                                                                Chapter 13
                                    Case No.: 9:13-bk-07023-FMD

MICHAEL A. BRAUN and
LORI A. BRAUN,

      Debtors.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR U.S. BANK TRUST NATIONAL ASSOCIAITON, AS TRUSTEE OF BUNGALOW SERIES III TRUST** ("Secured Creditor"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 26th day of July, 2018.**

                                                                               Respectfully submitted,

                                                                               **GHIDOTTI | BERGER, LLP**
                                                                               *Attorneys for Secured Creditor*
                                                                               3050 Biscayne Blvd. - Suite 402
                                                                               Miami, Florida 33137
                                                                               Telephone: (305) 501.2808
                                                                               Facsimile: (954) 780.5578

                                                          By:   /s/ Chase A. Berger
                                                                              Chase A. Berger, Esq.
                                                                              Florida Bar No. 083794
                                                                              cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Michael A. Braun**
20620 Rookery Drive
Estero, FL 33928

*Joint Debtor*
**Lori A. Braun**
11855 Adoncia Way - #3204
Ft Myers, FL 33912

*Debtor's Counsel*
**Kim Levy, Esq.**
2110 Cleveland Avenue
Fort Myers, FL 33901

*Trustee*
**Jon Waage**
P.O. Box 25001
Bradenton, FL 34206-5001

By: /s/ Chase A. Berger
Chase A. Berger, Esq.